DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
PETER A. COWNAN, State Bar #255910
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-4248
E-Mail:          peter.cownan@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VERONICA TUNUCCI,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. CV-23-0424LB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME FOR MAKING GENERAL ORDER 71 INITIAL DISCLOSURES**<br><br>**[Civil L.R. 6-3]**<br><br>Hearing Date:   TBD<br>Judge:             Hon. Laurel Beeler<br>Time:               9:30 a.m.<br>Place:              Courtroom B – 15th Floor<br><br>Date Action Filed:  January 30, 2023<br>Trial Date:              None Set |
|---|---|

1  After review of the papers filed by the parties, the Court finds good cause to GRANT the
2  Motion of Defendant City and County of San Francisco for an order enlarging time to make General
3  Order 71 Initial Disclosures.  Defendant's new deadline to make its Initial Disclosures pursuant to
4  General Order 71 shall be August 17, 2023.

6  **IT IS SO ORDERED.**

7  Date: June 30, 2023                              By: _____
8                                                                    Magistrate Judge Laurel Beeler