DAVID CHIU, State Bar #189542
City Attorney
ROSE DARLING, State Bar #243893
Chief Labor Attorney
MARI BANDOMA CALLADO, State Bar #288320
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3950
Facsimile:    (415) 554-4248
E-Mail:       mari.bandoma@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA TUNUCCI,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 3:23-CV-00424-LB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR A REMOTE HEARING**<br><br>Hearing Date:  November 14, 2024<br>Time:           9:30 a.m.<br>Place:          Courtroom B, 15th Floor<br><br>Date Action Filed:  January 30, 2023<br>Trial Date:         June 23, 2025 |

1  PLAINTIFF VERONICA TUNUCCI ("PLAINTIFF") AND DEFENDANTS CITY AND
2  COUNTY OF SAN FRANCISCO (the "CITY") HEREBY AGREE AND STIPULATE AS
3  FOLLOWS:
4  The PARTIES stipulate and jointly request that the Motion for Partial Summary Judgement
5  hearing be held remotely via Zoom on November 14, 2024 at 9:30 a.m., or as soon thereafter as
6  counsel may be heard.

8  **IT IS SO STIPULATED.**

11  November 5, 2024                    */s/ Veronica Tunucci*
                                        VERONICA TUNUCCI
                                        PLAINTIFF, PRO SE

14  Dated:  November 5, 2024
                                        DAVID CHIU
                                        City Attorney
                                        ROSE DARLING
                                        Chief Labor Attorney
                                        MARI BANDOMA CALLADO
                                        Deputy City Attorney

                                   By: */s/ Mari Bandoma Callado*
                                        MARI BANDOMA CALLADO

                                        Attorneys for Defendant
                                        CITY AND COUNTY OF SAN FRANCISCO

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court ORDERS the Motion for Partial Summary Judgement hearing be held remotely via Zoom on November 14, 2024 at 9:30 a.m.

Dated: November \_\_\_\_\_, 2024

HON. LAUREL BEELER
MAGISTRATE JUDGE
UNITED STATED DISTRICT COURT